1   Duncan Palmatier (CSB#116692)
    LAW OFFICES OF S.J. CHRISTINE YANG
2   17220 Newhope Street, Suite 101
    Fountain Valley, California 92708
3   Tel:    (714) 641-4022; Fax: (714) 641-2082
    Email:  dpalm@dpalmlaw.com
4           cyang@sjclawpc.com

5   Lawyers for Defendant,
        D-Link Corporation

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR
             THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10  TODD GLASSEY,              )   Civil No: C 06-06128 PJH
                               )
11          Plaintiff,         )   [PROPOSED] ORDER QUASHING
                               )   SUBPOENA SERVED ON D-LINK
12          vs.                )   SYSTEMS, INC.
                               )
13  D-Link Corporation,        )   Before the Honorable
    and does 1..10,            )       Phyllis J. Hamilton
14                             )   United States District Judge
    Defendants.                )
15  _____)

16       Plaintiff's subpoena to Steven Joe of D-Link

17  Systems, Inc., attached hereto as Exhibit 1, is hereby

18  quashed.

19       SO ORDERED.

20

21  DATED:   12/14/06          _____
                               Phyllis J. Hamilton
22                             United States District Judge

23  Respectfully Submitted,

24

25  December 13, 2006     /s/Duncan Palmatier
                               Duncan Palmatier
26
                           Law Offices of S.J. Christine Yang
27                         Lawyers for Defendant,
                               D-Link Corporation
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Todd S. Glassey, In Pro Se, Plaintiff

**SUBPOENA IN A CIVIL CASE**

V.

D-Link and Does 1..10, Defendants,

Case Number:[1] CV-06-06128-PJH

TO: Steven Joe
D-Link Incorporated
17595 Mt. Hermann St.
Fountain Valley, CA, 92708.

    YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

✔   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Produce testimony or a report showing any and all use of the Glassey.COM or CertifiedTime.COM domain names or host names within those domains as "pre-programmed client's" in D-Link Products. Likewise this report would include any products which use these machines IP addresses too. Report must disclose number of units fielded with Glassey Code in them..

| PLACE | DATE AND TIME |
|---|---|
| The offices of Glassey.COM, 2627 Alpine Rd, | Nov 30th 2006 |

    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Felicia Reloba** | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Todd Glassey, In Pro Se
1  TODD GLASSEY In Pro Se
   2627 Alpine rd.
2  Menlo Park CA. 94025
   650-926-9608
3

4

5              THE UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                 (SAN FRANCISCO DIVISION)

8

9  TODD GLASSEY  In Pro Se,                )   Case No.: C06-06128-PJH
                                            )
10            Plaintiff,                     )   Declaration enumerating Subpeona Request
                                            )
11       vs.                                 )
                                            )
12 D-Link Corporation, and Does 1..10,       )
                                            )
13            Defendant                      )

14

15 May it please the Court, this document is submitted in addition to Federal Form A0-88 as an attachment defining

16 those documents which are the subject of this Subpoena. Further that at all time, the filer of this document is the

17 Plaintiff in this matter, Todd Glassey, of San Mateo County, California.

18

19               **The Scope of the Documents Subpoenaed**

20 In all instances these documents are directly related to the Claims as filed by the Plaintiff and so are both critical and

21 reasonable for 'proper early discovery' in the matter herein. Further, it is important to get these documents as early

22 as possible, so that we can move the Court for a Summary Finding and as such terminate this matter as quickly and

23 with as little Court involvement as possible.

24

25

**Not a fishing trip under Theofel**

This subpoena is not a "fishing trip", and respects the Theofel ruling from the Ninth Circuit in response to overly

reaching Subpoenas. This subpoena only seeks relevant documentation to be used in substantiating the Plaintiff's

Claims herein.


The evidence which was filed with the main claims doc substantiates these claims enough to support this Subpoena

as well. That evidence documenting the Time Service use and the 'quiet' Settlement reached between Poul-

Hemming Kamp and D-Link for D-Link's unauthorized and egregious instances of connecting their Staratum-3/4

devices to his  Staratum-1 Timing Servers.


**Requested Documents**

These documents which are the subject of this Subpoena are email and other documents including research reports,

communications with others in any form regarding the claim.


The documents consist of any and all internal and external D-Link documents in any form pertaining to time

services, including, but not limited to:

1.  Emails from customers to D-Link on time and time services through D-Link products  (these show the

    value and impetus for D-Link to come up with a Time Service Process and Methodology; in addition to

    those emails and any Marketing Plans notes or correspondence in regard to Enterprise Timesetting and D-

    Link's plans therein; *(pertinent to the Tortuous Interference Claim)*

2.  Emails, postal mail, served documents, litigation documents, and any other communications between Time

    Server Operators and D-Link including but not limited to Poul-Hemming Kamp of the EU, and any other

    time service operators including US Government Time Service operators. *(pertinent to the Conspiracy,*

    *CFAA and Tortuous Interference Claims)*

3. Engineering documents or Marketing documents in any form, regarding or estimating the use and cost of time services servicing those users for D-Link's products. Including any and all documentation in any form regarding D-Link's operating a commercial for free service for Time Setting for its clients. *(pertinent to the Conspiracy, CFAA and Tortuous Interference Claims)*

4. Copies of any and all cancelled checks paid to any time service operator, and any and all invoices for use of timing services to D-Link from any Time Service Operators today including Poul-Hemming Kamp and other time service operators.

To ease the cost and overhead and to reduce the amount of time it takes D-Link to respond to this we will accept Electronic Copies of the majority of these documents which can be delivered on CD or DVD type media to reduce or eliminate the onerous costs of shipping paper documents.

So declared under the penalty of perjury of the laws of the United States of America,

Dated this 3rd day of October, 2006

X _____

Todd Glassey, In Pro Se



**California Business Portal**

Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of SEP 22, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| D-LINK SYSTEMS, INCORPORATED | | |
| **Number:** C1362992 | **Date Filed:** 1/17/1986 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 17595 MT HERRMANN ST | | |
| FOUNTAIN VALLEY, CA 92708 | | |
| **Agent for Service of Process** | | |
| STEVEN JOE | | |
| 17595 MT HERRMANN ST | | |
| FOUNTAIN VALLEY, CA 92708 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 31 ~~30~~-October-2006 | SANTA CLARA ~~Mtn. View~~ |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Steven Joe for D-Link Inc. 17595 Mt. Herrman St, Fountain Valley, CA 92708 | Personally Served at "ConfigCon: at Santa Clara Hyatt-Regency on 31-October, 2006. |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Susi Pinto, J.D. | Independent 3rd Party. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    10/31/06
                 DATE

_Susi Pinto_
SIGNATURE OF SERVER

c/o McCann and Logue LLP, 1660 Hamilton Ave, Ste 203
ADDRESS OF SERVER

San Jose, CA 95125  (408) 269-8787

## **PROOF OF SERVICE**

I am over the age of 18 and not a party to this action.  My business is the Law Offices of S.J. Christine Yang, 17220 Newhope Street, Suite 101, Fountain Valley, California 92708.

In addition to the Court's ECF service, the foregoing document was also served by First Class Mail, postage prepaid, on Plaintiff, addressed as follows:

        Todd Glassey
        2627 Alpine Road
        Menlo Park, California 94025

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   December 13, 2006        /s/Duncan Palmatier
                                Duncan Palmatier