United States District Court

For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7     TODD GLASSEY,

8              Plaintiff,                          No. C 06-6128 PJH

9         v.                                       **ORDER GRANTING
                                                   MOTION TO DISMISS**
10    D-LINK CORPORATION; and DOES
      1-10,
11             Defendants.
      _____/
12

13          Defendant's motion to dismiss the complaint came on for hearing before this court

14    on December 13, 2006.  Plaintiff, Todd Glassey ("Glassey"), appeared pro se.  Defendant,

15    D-Link Corporation ("D-Link"), appeared through its counsel, Duncan Palmatier.  Having

16    read all submitted papers and carefully considered the parties' arguments and the relevant

17    legal authority, and good cause appearing, the court hereby GRANTS defendant's motion

18    to dismiss the complaint, for the reasons stated at the hearing and summarized as follows.

19          1.    Preliminarily, plaintiff failed to file a timely opposition to defendant's motion to

20                dismiss.  Given plaintiff's failure to so file, the court would normally be inclined

21                to grant defendant's motion to dismiss, on the basis that plaintiff has

22                effectively conceded defendant's arguments.  Plaintiff, however, persuaded

23                the court at the hearing on the instant motion that his failure to timely file an

24                opposition was due to electronic filing errors, not to neglect on his part.

25          2.    Notwithstanding the above, plaintiff's complaint is dismissed for failure to

26                properly serve the complaint on the proper defendant, and for failure to state

27                any legal claim upon which relief may be granted.  Plaintiff's first cause of

28                action pursuant to 18 U.S.C. §§ 1029-1030 fails because it is based on a

**United States District Court**
For the Northern District of California

1   criminal statute for which plaintiff lacks standing to state a civil claim.

2   Plaintiff's second and third causes of action alleging civil violations of the

3   Racketeer Influenced and Corrupt Organizations Act ("RICO") and fraud, fail

4   because plaintiff does not allege either with specificity, as required by law.

5   Plaintiff's fourth cause of action, properly interpreted as a civil claim under

6   section 1 of the Sherman Act, fails for lack of any allegation establishing the

7   requisite conspiratorial activity.  Finally, plaintiff's fifth cause of action for

8   copyright infringement fails, as plaintiff has not plead the requisite element of

9   copyright registration.

10  3.   Although the court grants defendant's motion to dismiss by reason of the legal

11  deficiencies noted above, the court also GRANTS plaintiff leave to file a newly

12  amended complaint in order to cure those deficiencies.  Plaintiff must file his

13  amended complaint no later than Friday, **January 12, 2007**.  Moreover, the

14  complaint must be served on the proper defendant, in accordance with the

15  federal and local rules applicable to the service of summons and complaint.

16  4.   Defendant shall file and serve an answer to, or in the alternative, a motion to

17  dismiss, any newly filed amended complaint, no later than **February 1, 2007**.

18  If defendant chooses to file an answer an lieu of a motion to dismiss, the

19  parties shall correspondingly file a stipulation and proposed order setting forth

20  an agreed upon date for a further case management conference in the instant

21  action.

22  5.   The court further orders that no discovery in the instant action is to take place

23  until the matters raised herein have been resolved.  To that end, and per the

24  separate court order dated December 14, 2006, the subpoena served by

25  plaintiff upon D-link Systems, a separately named company located in

26  Southern California, is hereby QUASHED.

27  6.   In view of the above, plaintiff's December 19, 2006 memorandum "in

28

**United States District Court**
For the Northern District of California

1   opposition to defendant's motions to (1) quash the subpoena's issuance and

2   to (2) dismiss this matter in full" is deemed MOOT.

3

4   **IT IS SO ORDERED.**

5   Dated: January 9, 2007

6   _____

7   PHYLLIS J. HAMILTON
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3