UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD GLASSEY,

    Plaintiff,

    v.

D-LINK CORPORATION; and DOES 1-10.

    Defendants.
_____/

No. C 06-6128 PJH

**ORDER DENYING SUMMARY MOTION TO CONFIRM NEW CLASS OF PLAINTIFFS**

    Before the court is plaintiff's Summary Motion to Confirm a new Class of Plaintiff[s]. The motion purportedly seeks an order from the court allowing certain individuals "operating 'Servers which 'provide time of day' information to other computers on the Internet' as a class of potential plaintiff[s] in the matter herein." No opposition to the motion has been filed.

    Preliminarily, it is difficult for the court to decipher the meaning of plaintiff's motion, as much of the content is indecipherable. Even if it weren't, plaintiff has completely failed to set forth any legal basis for the relief he seeks. In particular, plaintiff has failed to invoke any federal rule of civil procedure, or local rule, which would allow plaintiff to seek to "confirm" a new "class of plaintiffs" in this action, as he purportedly seeks to do. Moreover, it is unclear that any such rule could ever apply in the instant case. The operative complaint in this case contains no class action allegations, and was never plead as a class action complaint. Even if it had been, a pro se plaintiff cannot prosecute a class action. Furthermore, the operative complaint at issue was recently dismissed, and no amended complaint has yet been filed.

For all these reasons, no legal basis exists for plaintiff's motion. As such, the court hereby DENIES it.

**IT IS SO ORDERED.**

Dated: January 9, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge