UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD GLASSEY

    Plaintiff,

    v.

D-LINK CORPORATION; and DOES 1-10,

    Defendants.

_____/

No. C 06-6128 PJH

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

On January 9, 2007, this court dismissed plaintiff's complaint for failure to properly serve his complaint upon the proper defendant, and for failure to state any legal claim upon which relief may be granted. Plaintiff was advised to file any amended complaint no later than January 12, 2007. It is now more than 2 months since that deadline has passed, and plaintiff has failed to file any amended complaint, or otherwise notify the court of his intention to proceed with the litigation of his case.

The court has considered the five factors set forth in <u>Malone v. United States Postal Service</u>, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the instant litigation require dismissal of this action. In view of plaintiff's lack of response to this court's prior order, the court finds there is no appropriate less drastic sanction.

Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro. 41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge